RD 2/26/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHELLE GUNTER and MARK MCDONALD
individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

SILVER'S CRUST WEST INDIAN RESTURANT &
GRILL INC d/b/a SILVER KRUST WEST INDIAN
RESTAURANT & GRILL INC and CONRAD
MCGREGOR,

    Defendants.

---

Case No. 18-cv-1804
(WFK)(RER)

**JUDGMENT**

WHEREAS, Plaintiffs filed a motion for default judgment on November 14, 2019;

WHEREAS, the Court granted Plaintiffs' motion on December 4, 2019;

WHEREAS, on February 7, 2020, the Court ordered Plaintiffs to submit a proposed judgment;

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiffs MICHELLE GUNTER and MARK MCDONALD against Defendants SILVER'S CRUST WEST INDIAN RESTURANT & GRILL INC d/b/a SILVER KRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR jointly and severally in the following amounts:

(1) To Plaintiff Gunter under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $12,495.64 for unpaid overtime wages;

(2) To Plaintiff McDonald under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $49,237.20 for unpaid overtime wages;

(3) To Plaintiff Gunter under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $6,745.55 for unpaid minimum wages;

(4) To Plaintiff Gunter under New York Labor Law §§ 198 $10,000 for New York Labor Law § 195 damages; and

(5) To Plaintiff McDonald under New York Labor Law §§ 198 $10,000 for New York Labor Law § 195 damages.

(6) To Plaintiff Gunter under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $7,080.22 for prejudgment interest;

(7) To Plaintiff McDonald under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $25,450.62 for prejudgment interest;

(8) To Plaintiff Gunter under the Family Medical Leave Act 26 U.S.C §§ 2601 *et. seq.* and New York City Human Rights Law 8-107. $75,740 in lost wages damages;

(9) To Plaintiff Gunter under the Family Medical Leave Act 26 U.S.C §§ 2601 *et. seq.* $75,740 in liquidated damages;

(10)  To Plaintiff Gunter under the New York City Human Rights Law 8-107. $50,000 in emotional distress damages;

(11)  To Plaintiff Gunter under the Family Medical Leave Act 26 U.S.C §§ 2601 *et. seq.* and New York City Human Rights Law 8-107. $1,874.88 in prejudgment interest.

IT IS FURTHER ORDERED and ADJUDGED that attorneys' fees and costs under the Fair Labor Standards Act, 29 U.S.C. § 216, the New York Labor Law §§ 663 and 198, the Family Medical Leave Act 26 U.S.C §§ 2601 *et. seq.*, and New York City Human Rights Law 8-107 shall be set by the Court at a later date pursuant to motion due 30 days after the date of entry of the judgment;

IT IS FURTHER ORDERED and ADJUDGED if any amounts under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* remain unpaid to Plaintiffs upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment to Plaintiffs under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* shall automatically increase by fifteen percent to the following:

(1) To Plaintiff MICHELLE GUNTER in the amount of $55,757.05; and

(2) To Plaintiff MARK MCDONALD in the amount of $124,745.56; and

IT IS FURTHER ORDERED and ADJUDGED that Defendants SILVER'S CRUST WEST INDIAN RESTURANT & GRILL INC d/b/a SILVER KRUST WEST INDIAN RESTAURANT & GRILL INC and CONRAD MCGREGOR are liable to Plaintiffs MICHELLE GUNTER and MARK MCDONALD for post-judgment interest at the rate

specified in 28 U.S.C. § 1961, accruing from the date of entry of this judgment until the judgment is satisfied.

Dated: February 25, 2020
      New York, NY

                                              s/WFK
                                    Hon. William F. Kuntz, II
                                    United States District Judge