UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHELLE GUNTER, individually and                            :
on behalf of all others similarly situated, and              :
MARK MCDONALD,                                               :
                                                             :
                    Plaintiffs,                              :    **ORDER**
            v.                                               :    18-CV- 01804 (WFK) (RER)
                                                             :
SILVER'S CRUST WEST INDIAN RESTAURANT                        :
& GRILL INC. D/B/A SILVER KRUST WEST INDIAN                  :
RESTAURANT & GRILL INC., and                                 :
CONRAD MCGREGOR,                                             :
                                                             :
                    Defendants.                              :
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

By order dated August 7, 2020, the Court referred Plaintiff's motion to correct the judgement and for attorney's fees to the Honorable Magistrate Judge Ramon E. Reyes for a report and recommendation. ECF No. 40. On February 25, 2021, Judge Reyes filed the Report and Recommendation ("R&R"), recommending the Judgment be amended as requested to include $49,237.20 and $19,242.20 in New York Labor Law ("NYLL") liquidated damages for McDonald and Gunter, respectively, and that Plaintiffs be awarded $10,443.75 in attorney's fees and $1,192.23 in costs. ECF No. 44. Objections to the R&R were due March 11, 2021, and to date, no objections have been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation

for clear error.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.).

The Court finds no such error here.  Accordingly, the Court adopts the R&R in its entirety.

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2021
        Brooklyn, New York